**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamal Montgomery,<br><br>       Plaintiff,<br><br>  vs.<br><br>Yuma County Sheriff's Office, et al.,<br><br>       Defendants. | No.  CV 13-79-PHX-RCB (JFM)<br><br>**ORDER FOR PAYMENT**<br>**OF INMATE FILING FEE** |

**TO: THE WARDEN OF THE FEDERAL CORRECTIONAL INSTITUTION-SAFFORD**

Plaintiff Jamal Montgomery, inmate #89595-008, who is confined in the Federal Correctional Institution-Safford, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $23.88. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account.

The Warden of the Federal Correctional Institution-Safford or his/her designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)   The Warden of the Federal Correctional Institution-Safford or his/her designee must forward to the Clerk of Court the initial partial filing fee of $23.88. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in

1  monthly payments of 20% of the preceding month's income credited to the account.
2  Payments must be forwarded to the Clerk of Court each time the amount in the account
3  exceeds $10.00.  The payments must be clearly identified by the name and number
4  assigned to this action.

5  (2)   The Warden of the Federal Correctional Institution-Safford or his/her
6  designee must notify the Clerk of Court in writing when Plaintiff is released or
7  transferred to a correctional institution other than the Federal Correctional Institution-
8  Safford, so new billing arrangements may be made to collect any outstanding balance.

9  (3)   The Clerk of Court must serve by mail a copy of this Order on the Warden
10 of the Federal Correctional Institution-Safford, P.O. Box 820, Safford, Arizona 85548.

11 (4)   The Clerk of Court must forward a copy of this Order to Financial
12 Administration for the Phoenix Division of the United States District Court for the
13 District of Arizona.  Financial Administration must set up an account to receive payments
14 on the filing fee for this action and must notify the Court when the filing fee is paid in
15 full.

16 DATED this 13th day of March, 2013.

_____
Robert C. Broomfield
Senior United States District Judge